1  LAWRENCE M. HADLEY (SBN 157728)
   lhadley@glaserweil.com
2  LARA A. PETERSEN (SBN 318475)
   lpetersen@glaserweil.com
3  GLASER WEIL FINK HOWARD
4    JORDAN & SHAPIRO LLP
   10250 Constellation Boulevard
5  19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
7  Facsimile: (310) 556-2920

8  *Attorneys for Plaintiff*
   *YERUSHALMI LAW FIRM*
9  *APC d/b/a INJURY NEEDS*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERSHALMI LAW FIRM APC d/b/a INJURY NEEDS, | Case No.: 2:24-cv-07240-CBM-JPR |
| Plaintiff, | Hon. Consuelo B. Marshall<br>Courtroom 8D |
| v. | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
| LEGAL NEEDS APC, a California corporation; and DOES 1 through 10, inclusive, | Action Filed: August 26, 2024 |
| Defendants. | |

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

| Attorney or Party without Attorney: <br> Lawrence M. Hadley (SBN 157728) <br> GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP <br> 10250 Constellation Blvd., 19th Floor <br> Los Angeles, CA 90067 <br>   Telephone No: 310-553-3000 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: <br> 05605-0002 | |

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: YERUSHALMI LAW FIRM APC d/b/a INJURY NEEDS, a California corporation <br> Defendant: LEGAL NEEDS APC, a California corporation |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:24-cv-07240 CBM-JPR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a. Party served:     LEGAL NEEDS APC, a California corporation
   b. Person served:   MICHAEL MAHGEREFTEH, Agent for Service of Process
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   9454 Wilshire Blvd Suite 305, Los Angeles, CA 90212

5. I served the party:
   a. **by substituted service.**   On: Thu, Sep 12 2024 at: 11:08 AM by leaving the copies with or in the presence of:
   "John Doe", Person in Charge (Age: 30; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 5'11"; Hair: Black; Eyes: Brown)

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

11746325
(5874293)
Page 1 of 2

| Attorney or Party without Attorney:<br>Lawrence M. Hadley (SBN 157728)<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>  Telephone No: 310-553-3000 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>05605-0002 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: YERUSHALMI LAW FIRM APC d/b/a INJURY NEEDS, a California corporation<br>Defendant: LEGAL NEEDS APC, a California corporation | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-07240 CBM-JPR |

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $564.10

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/12/2024
(Date)                                         (Signature)



PROOF OF SERVICE

11746325
*(5874293)*
Page 2 of 2

| Attorney or Party without Attorney:<br>Lawrence M. Hadley (SBN 157728)<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>  Telephone No: 310-553-3000<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>05605-0002 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: YERUSHALMI LAW FIRM APC d/b/a INJURY NEEDS, a California corporation
Defendant: LEGAL NEEDS APC, a California corporation

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-07240 CBM-JPR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Thu, Sep 12, 2024
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: LEGAL NEEDS APC, a California corporation
        9454 Wilshire Blvd, Suite 305 Los Angeles, CA 90212

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Sep 12, 2024 in the ordinary course of business.

5. **Person Serving:**
    a. THOMAS TILCOCK                         d. **The Fee** for Service was: $564.10
    b. FIRST LEGAL
        1517 W. Beverly Boulevard
        LOS ANGELES, CA 90026
    c. (213) 250-1111

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

09/12/2024
(Date)                                                                (Signature)